### 1652.   DANIEL *v.* THE STATE.

HILL, C. J.   No material error appears, and the evidence fully warrants the verdict.                                                *Judgment affirmed.*

Conviction of assault with intent to rape, from Appling superior court—Judge Whipple.   November 3, 1908.

Submitted February 9,—Decided March 16, 1909.

*King & Sellers,* for plaintiff in error.

*John W. Bennett, solicitor-general,* contra.

---

### 1655.   ATLANTA SKIRT MANUFACTURING COMPANY *v.* GARRETT & GAULDING.

The controlling question in this case is one of fact, as to which the verdict of the jury is final.                               *Judgment affirmed.*

Appeal, from Tift superior court—Judge Mitchell.   December 8, 1908.

*J. B. Murrow, J. J. Murray,* for plaintiff.

*Fulwood & Murray,* for defendants.